UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRUSHA GAURAV SHAH, et al.,<br><br>Plaintiff(s),<br>v.<br><br>MARKWAYNE MULLIN, et al.,<br><br>Defendant(s). | CASE NO. C26-2825-KKE<br><br>ORDER GRANTING STIPULATED MOTION TO STAY |

For good cause, Plaintiffs and Defendants, by and through their counsel of record, pursuant to Federal Rule of Civil Procedure 6 and Local Rules 7(d)(1), 10(g) and 16, hereby jointly stipulate and move to stay these proceedings for 120 days. Plaintiffs brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel U.S. Citizenship and Immigration Services ("USCIS") to adjudicate their pending I-130 application.

Courts have "broad discretion" to stay proceedings. *Clinton v. Jones*, 520 U.S. 681, 706 (1997). "[T]he power to stay proceedings is incidental to the power inherent in every court to control the disposition of the causes on its docket with economy of time and effort for itself, for counsel, and for litigants." *Landis v. N. Am. Co.*, 299 U.S. 248, 254 (1936); *see also* Fed. R. Civ. P. 1.

Plaintiffs will be interviewed by USCIS on October 27, 2026, at 11:00 am. USCIS anticipates that it can adjudicate the application within 90 days after the interview, absent

unforeseen circumstances. With this additional time, the claims in this litigation may be resolved without the need for further judicial intervention. Once the application at issue is adjudicated, Plaintiffs will voluntarily dismiss this case. Accordingly, the parties respectfully request that there is good cause for the instant action to be stayed until January 27, 2027. The parties will submit a joint status report on or before the end of this period.

DATED this 16th day of October, 2026.

Respectfully submitted,

*s/ Kristen R. Vogel*
KRISTEN R. VOGEL, NY No. 5195664
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-1634
Fax: 206-553-4067
Email: kristen.vogel@usdoj.gov

*Attorney for Defendants*

*s/ Adam W. Boyd*
ADAM W. BOYD, WSBA No. 49849
GIBBS HOUSTON PAUW
1000 Second Ave., Ste. 1600
Seattle, WA 98104
Phone: (206) 682-1080
Email: adam.boyd@ghp-law.net

*Attorney for Plaintiffs*

**ORDER**

The Court GRANTS the parties' stipulated motion (Dkt. No. 11). The case is stayed. The parties SHALL submit a status update on or before January 27, 2027. It is so **ORDERED**.

Dated this 16th day of October, 2026.

Kymberly K. Evanson
United States District Judge