UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| TRUSHA GAURAV SHAH, et al.,<br><br>Plaintiff(s),<br>v.<br><br>MARKWAYNE MULLIN, et al.,<br><br>Defendant(s). | CASE NO. C26-2825-KKE<br><br>DISMISSAL ORDER |

Pursuant to Federal Rule of Civil Procedure 41(a), the parties stipulate to the dismissal of this case without prejudice, with each party to bear their own costs. Plaintiffs brought this litigation pursuant to the Administrative Procedure Act and Mandamus Act seeking, *inter alia*, to compel the United States Citizenship and Immigration Services (USCIS) to adjudicate Plaintiffs' Form I-130, Petition for Alien Relative. USCIS has done so, and therefore this case is now moot.

//

//

//

DATED this 30th day of October, 2026.

Respectfully submitted,

*s/ Kristen R. Vogel*
KRISTEN R. VOGEL, NY No. 5195664
Assistant United States Attorney
United States Attorney's Office
Western District of Washington
700 Stewart Street, Suite 5220
Seattle, Washington 98101-1271
Phone: 206-553-1634
Fax: 206-553-4067
Email: kristen.vogel@usdoj.gov

*Attorney for Defendants*

*s/ Adam W. Boyd*
ADAM W. BOYD, WSBA No. 49849
GIBBS HOUSTON PAUW
1000 Second Ave., Ste. 1600
Seattle, WA 98104
Phone: (206) 682-1080
Email: adam.boyd@ghp-law.net

*Attorney for Plaintiffs*

I certify that this memorandum contains 73 words, in compliance with the Local Civil Rules.

**ORDER**

It is so **ORDERED**. This case is dismissed without prejudice. The clerk is directed to close this case.

Dated this 30th day of October, 2026.

Kymberly K. Evanson
United States District Judge